UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISSETTE ROCHA,<br>Plaintiff,<br>v.<br>SSA COMMISSIONER,<br>Defendant. | Case No. 26-cv-06782-LJC<br>*Also filed in Case No. 22-cv-05538-SK*<br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is REFERRED sua sponte to the Honorable Sallie Kim to determine whether it is related to Case No. 23-cv-05538-SK (N.D. Cal.), another challenge by the same Plaintiff to a denial of social security disability benefits. *See* ECF No. 2 at 4 (Plaintiff's application to proceed in forma pauperis, identifying that earlier case as potentially related). Any party may file a response in that lower-numbered case supporting or opposing finding the cases related no late than four days from the date of this Order. *See* Civ. L.R. 3-12(c), (e); Civ. L.R. 7-11(b).

**IT IS SO ORDERED.**

Dated: September 4, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California